JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 03-40102 DLJ |
|     Plaintiff, ) | ORDER AND STIPULATION |
| ) | CONTINUING HEARING DATE FROM |
| v. ) | JUNE 25, 2010, TO JULY16, 2010. |
| ) | |
| RENEE MYERS, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    Defendant Renee Myers has been arrested and is in custody for a violation of her supervised release. A hearing has been set for June 25, 2010. The parties jointly request that the date for this hearing be continued to July 16, 2010. The reason for this request is that defense counsel has been unavailable due to illness and has not had an opportunity to consult with her client regarding the alleged supervised release violation. The probation officer has no objection to the continuance and has informed counsel for the United States that he is available on the

///

///

proposed new hearing date.  Therefore, the parties request that the hearing currently set for June 25, 2010, be continued to July 16, 2010, at 9:00 a.m.

STIPULATED:

DATED:     6/22/2010           /s/
                               DIANA L. WEISS
                               Attorney for Defendant

DATED:     6/22/2010           /s/
                               KIRSTIN M. AULT
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 23, 2010           _____
                               D. LOWELL JENSEN
                               United States District Judge

STIP. TO CONTINUE HEARING
CR 03-40102 DLJ                          2